*Leon F. Dalbec, Jr.*, assistant state's attorney, in opposition.

Decided September 29, 1998

STATE OF CONNECTICUT *v.* FRANCISCO TAVERAS

The defendant's petition for certification for appeal from the Appellate Court, 49 Conn. App. 639 (AC 16729), is denied.

*David M. Shein*, in support of the petition.

*Eileen McCarthy Geel*, deputy assistant state's attorney, in opposition.

Decided September 29, 1998

PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY *v.* JUDITH PEREZ-HENDERSON

The plaintiff's petition for certification for appeal from the Appellate Court, 49 Conn. App. 653 (AC 16965), is denied.

*Robert G. Oliver*, in support of the petition.

*Mark R. Soboslai*, in opposition.

Decided September 29, 1998